### IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### WESTERN DIVISION

UNITED STATES OF AMERICA                                                                                      PLAINTIFF

v.                                        NO. 4:09CR00285-01 JLH

ABRAM HARRIS                                                                                                    DEFENDANT

### ORDER

On September 30, 2011, Abram Harris filed a one page, handwritten motion to vacate, set aside, or correct his sentence pursuant to 28 U.S.C. § 2255. On October 4, 2011, his wife, Diane Harris, filed a motion to vacate, set aside, or correct his sentence on the form provided by federal courts, stating that she was signing for him because she was not allowed to send documents to him for his signature because she is not a lawyer.

The Court directs the Clerk of the Court to send to Abram Harris a copy of the document filed by his wife on his behalf with a copy of this Order. The Court ORDERS Abram Harris to make any changes that he wishes to make to that form, striking anything that he does not accept as his own motion, and adding anything that he believes should be added, and then signing above his wife's signature on page 14, and dating his signature at the appropriate place. If he does not wish that the motion prepared by his wife be filed on his behalf, he can return the form unsigned, stating in his own handwriting that he does not wish this to be considered as his motion. If he does wish it to be considered as his motion, the Court will accept it for filing with his signature and will consider it in conjunction with the handwritten motion that he filed on September 30, 2011, over his own signature.

If the form is not returned within thirty days from the entry of this Order, the Court will assume that Abram Harris does not wish it to be filed on his behalf and will then disregard the document filed over his wife's signature.

IT IS SO ORDERED this 5th day of October, 2011.

                                                                                               _____
                                                                                                J. LEON HOLMES
                                                                                                UNITED STATES DISTRICT JUDGE